**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**


**COBY PERRY** : **CIVIL ACTION NO. 17-01578**


**VERSUS** : **UNASSIGNED DISTRICT JUDGE**


**SASOL (USA) CORPORATION, ET AL** : **MAG. JUDGE KATHLEEN KAY**

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the plaintiff's Motion to Remand [Doc. 12] is **DENIED** and plaintiff's request for attorney fees and costs is **DENIED**.

**THUS DONE AND SIGNED**, in Chambers, on this 25th day of May, 2018.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**